Rabin J. Pournazarian (186735)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorneys for Debtor
Ingeburg Bertha Bloodworth

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**INGEBURG BERTHA BLOODWORTH,**<br><br>Debtor. | Case No: 09-53783<br><br>**Chapter 7**<br><br>Date: July 24, 2009<br>Time: 3:00 p.m.<br>Place: 280 South First Street<br>San Jose, CA 95113-3099<br>Crtrm: 3020 |

### MOTION FOR REDEMPTION UNDER 11 U.S.C. 722

**TO THE HONORABLE ARTHUR S. WEISSBRODT, MARC DEL PIERO /CHAPTER 7 TRUSTEE, TOYOTA MOTOR CREDIT CORPORATION, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Ingeburg Bertha Bloodworth, ("Debtor") in the herein action, by and through her Attorney of Record, Rabin J. Pournazarian, will move this Court pursuant to 11 U.S.C. and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1) The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

Year: <u>2007</u>　　　Make: Hyundai　　　Model: <u>Elantra</u>

VIN: <u>KMHDU46D07U145335</u>

//

-1-

2) The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of Creditor) is a dischargeable consumer debt. (*See* Exhibit "1".)

3) The allowed secured claim of said Creditor for purposes of redemption, the "redemption Value," should be determined to be not more than **$9,075.00** as evidenced by the attached Manheim Retail Report. Under 11 U.S.C. 506 the correct value at which to redeem a motor vehicle is the "price a retail merchant would charge for property of that kind considering the age and condition" of the motor vehicle as "of the date of the filing of the petition". The Manheim Retail Report is attached hereto and incorporated as Exhibit "2".

4) Arrangements have been made by the Debtor to pay the said Creditor up to the aforesaid amount in a lump sum should this motion be granted. Moreover, the Debtor has agreed to borrow and disburse additional funds in the amount of $650.00 for representing of the debtor in securing for the benefit of the debtor an order granting the debtor the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

**WHEREFORE,** the Debtor requests the Court to order the said Creditor to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor requests the Court to determine the value of the property at the time of the hearing on such objection.

Dated: June 22, 2009

PRICE LAW GROUP, APC

Rabin J. Pournazarian

-2-

# Exhibit "1"

B6C (Official Form 6C) (12/07)

In re   **Ingeburg Bertha Bloodworth**                               ,    Case No.   **09-53783**
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account<br>Pacific Valley Bank | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household furnishings, electronics, etc. | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Personal clothing | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry | C.C.P. § 703.140(b)(4) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA pension plan. | C.C.P. § 703.140(b)(10)(E) | 600.00 | 600.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Hyundai Elantra | C.C.P. § 703.140(b)(2) | 3,300.00 | 8,625.00 |
| Encumbered | C.C.P. § 703.140(b)(5) | 21,325.00 | |

# EXHIBIT   1

|   | Total: | 26,625.00 | 10,625.00 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Exhibit "2"

**Vehicle Identification**

| | |
|---|---|
| Search: | |
| Year: | 2007 |
| Make: | HYUNDAI |
| Model: | ELANTRA |
| Style: | 4D SEDAN |

| | |
|---|---|
| Select Region: | National |
| Seasonal Adjustment: | No |

**Auction Averages**

For Week Ending May 1

| | Above | Average | Below | Mar 2009 | Nov 2008 | May 2008 |
|---|---|---|---|---|---|---|
| Sale Price | $9,523 | $8,178 | $6,833 | $8,018 | $8,235 | $10,887 |
| Mileage | 16,980 | 33,960 | 50,940 | 33,690 | 29,935 | 27,409 |
| Total Sold All | | 126 | | 207 | 132 | 409 |

Average Auction Mileage  40500

Prices are based on more transactions than shown under 'Transactions', above.

May 6 - May 13 2009

| | Above | Average | Below | Jun 2009 | May 2010 |
|---|---|---|---|---|---|
| Auction | $8,800 | $7,900 | $7,025 | $7,575 | $3,500 |
| Est. Retail | $10,000 | $9,075 | $8,125 | $8,700 | $4,300 |

Copyright © 1996-2008 Manheim Auctions V 5.3.1

[ PRINT ]  [ CLOSE ]

# EXHIBIT 2

# PROOF OF SERVICE

State of California    )
                       ) ss.
County of Los Angeles  )

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 15760 Ventura Boulevard, Suite 1100, Encino, California 91436.

On June 22, 2009, I served the foregoing document described as **MOTION FOR REDEMPTION UNDER 11 U.S.C. §722** to the following individuals:

SEE SERVICE LIST ATTACHED

[x]     (By Mail) I placed such envelope with postage thereon fully prepaid in the United States mail at Encino, California.

[ ]     (Electronic) Via electronic notice only to those indicated by an Asterisk (*)

Executed on June 22, 2009 at Encino, California.

[x]     (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]     (Federal)     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dora Vazquez
Type or Print Name                                   Signature

## SERVICE LIST

Ingeburg Bertha Bloodworth
575 Mc Allister Street
Prunedale, CA 93907

Marc Del Piero
Chapter 7 Trustee
Post Office Box 1127
Pebble Beach, CA 93953-1127

U.S. Trustee
Office of the U.S. Trustee
San Jose Division
280 South First Street, Room 268
San Jose, CA 95113-0002

Toyota Motor Credit Corporation
19001 South Western Avenue
Torrance, CA 90501

Agent for Service of Process- Toyota Motor Credit Corporation
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017