Rabin J. Pournazarian (186735)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorneys for Debtor
Ingeburg Bertha Bloodworth

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**INGEBURG BERTHA BLOODWORTH,**<br>Debtor. | **Case No: 09-53783**<br>**Chapter 7**<br>Date: July 24, 2009<br>Time: 3:00 p.m.<br>Place: 280 South First Street<br>San Jose, CA 95113-3099<br>Crtrm: 3020 |

## NOTICE OF HEARING ON DEBTOR'S MOTION FOR REDEMPTION UNDER U.S.C. § 722

TO THE HONORABLE ARTHUR S. WEISSBRODT, MARC DEL PIERO /CHAPTER 7 TRUSTEE, TOYOTA MOTOR CREDIT CORPORATION, AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on July 24, 2009 at 3:00 p.m. in the courtroom of Judge Arthur S. Weissbrodt, or as soon thereafter as the matter may be heard, in the United States Bankruptcy Court for the Northern District of California, San Jose Division located at 280 South First Street, San Jose, CA 95113-3099, the debtor herein will move the Court to grant the motion for redemption of the 2007 Hyundai Elantra, VIN# KMHDU46D07U145335.

| 1 | Any creditor wishing to object is not required to file a written opposition. Any opposition shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

Dated: June 22, 2009

PRICE LAW GROUP, APC

_____
Rabin J. Pournazarian

# PROOF OF SERVICE

State of California    )
                       ) ss.
County of Los Angeles  )

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 15760 Ventura Boulevard, Suite 1100, Encino, California 91436.

On June 22, 2009, I served the foregoing document described as **NOTICE OF HEARING ON DEBTOR'S MOTION FOR REDEMPTION UNDER U.S.C. §722** to the following individuals:

SEE SERVICE LIST ATTACHED

[x]  (By Mail) I placed such envelope with postage thereon fully prepaid in the United States mail at Encino, California.

[ ]  (Electronic) Via electronic notice only to those indicated by an Asterisk (*)

Executed on June 22, 2009 at Encino, California.

[x]  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dora Vazquez
Type or Print Name                                Signature

-1-

## SERVICE LIST

Ingeburg Bertha Bloodworth
575 Mc Allister Street
Prunedale, CA 93907

Marc Del Piero
Chapter 7 Trustee
Post Office Box 1127
Pebble Beach, CA 93953-1127

U.S. Trustee
Office of the U.S. Trustee
San Jose Division
280 South First Street, Room 268
San Jose, CA 95113-0002

Toyota Motor Credit Corporation
19001 South Western Avenue
Torrance, CA 90501

Agent for Service of Process- Toyota Motor Credit Corporation
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017